STEVEN W. MYHRE
Acting United States Attorney
SHANNON M. BRYANT (SBN #6917)
Assistant United States Attorney
100 W. Liberty Street, Ste. 600
Reno, NV 89501
Telephone: (775) 784-5438
Facsimile: (775) 784-5181
Shannon.Bryant@usdoj.gov
Representing the United States of America

```
____ FILED              ____ RECEIVED
____ ENTERED            ____ SERVED ON
            COUNSEL/PARTIES OF RECORD

            SEP 1 4 2017

       CLERK US DISTRICT COURT
         DISTRICT OF NEVADA
BY: _____ DEPUTY
```

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br>vs.<br><br>DANIEL O'BRIEN,<br><br>           Defendant. | Case No. 3:17-cr-00048-HDM-WGC<br><br>SUPERSEDING INFORMATION FOR VIOLATION OF:<br><br>TITLE 18, UNITED STATES CODE, SECTION 2252A(a)(2) and (b) – Distribution of Child Pornography (Count 1) |

**THE UNITED STATES ATTORNEY CHARGES THAT:**

<u>**Count One – Distribution of Child Pornography**</u>

Between an unknown date to on or about November 17, 2016, in the District of Nevada, the defendant, DANIEL O'BRIEN, did knowingly distribute child pornography, as defined in Title 18, United States Code, Section 2256(8), and material containing child pornography, that had been mailed, that had been shipped and transported in and affecting interstate and foreign commerce by any means including by computer, and that had been shipped and transported using any means and facility of interstate and foreign commerce, in violation of Title 18, United States Code, Section 2252A(a)(2) and (b).

///
///
///
///

## Forfeiture Provision

Through the criminal activity described in Count One, which allegations are hereby incorporated herein by reference, the defendant DANIEL O'BRIEN, if convicted of Count One, shall forfeit to the United States any and all matter which contains visual depictions produced, transported, mailed, shipped or received in violation of such offense; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and any property, real or personal, used or intended to be used to commit or promote the commission of such offense or any property traceable to such property. Such properties includes, but are not limited to, the following:

1. ZTE Cellular phone, model Z930L (IMEI: 860371021004274); and
2. Desktop Computer containing Seagate ST340014A 40GB Hard Drive, SN 0XECC360067107E.

All pursuant to Title 18, United States Code, Section 2253.

STEVEN W. MYHRE
Acting United States Attorney

SHANNON M. BRYANT
Assistant United States Attorney

```
___ FILED            ___ RECEIVED
___ ENTERED          ___ SERVED ON
            COUNSEL/PARTIES OF RECORD

         SEP 1 4 2017

      CLERK US DISTRICT COURT
        DISTRICT OF NEVADA
BY: _____ DEPUTY
```

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

   Plaintiff,

v.

DANIEL O'BRIEN,

   Defendant.

Case No. 3:17-cr-00048-HDM-WGC

WAIVER OF INDICTMENT

I, DANIEL O'BRIEN, the above-named defendant who is accused of having violated 18 U.S.C. §§ 2252A(a)(2) and (b), Distribution of Child Pornography, and being advised of the nature of the charges and of my rights, hereby waive in open court prosecution by indictment and consent that the proceeding may be by information instead of by indictment.

/s/ Daniel O'Brien
DANIEL O'BRIEN
Defendant

/s/ Kate Berry
KATE BERRY
Counsel for Defendant

/s/ Howard D. McKibben
HONORABLE HOWARD D. MCKIBBEN
United States District Judge

1